# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

DINA RICH
    Plaintiff,

8:22 cv 262 MSS - SPF

PASCO COUNTY CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, IN AND FOR PASCO COUNTY, FLORIDA, and
EDWARD RICH, in his capacity as Former husband of Hernando County and in his individual capacity,
    Defendants.

## NOTICE OF REMOVAL

Defendants Pasco County Circuit Court of The Sixth Judicial Circuit, In and For Pasco County ("Family Court"), Florida and, Edward C. Rich in his individual capacity, hereby gives notice that they are removing this action to the United States District Court for the Middle District of Florida, Tampa Division, and as ground therefore states as follows:

1. Plaintiff filed this action in Hillsborough County Superior Court captioned as Dina Rich v. Pasco County Sixth Judicial Circuit Court and Edward C. Rich, in his capacity as a former husband of Hernando County and in his individual capacity, Case No. 2016- DR-4403 on September 12th, 2016 (hereinafter "Civil Action")
2. Plaintiff Dina Rich received the complaint Dissolution of Marriage with Minor Children Summons in the Civil Action on September 14th, 2016.
3. This action arises under federal law in the action alleges Child Custody Law of rights in Florida Under the United States Constitution, Florida Statute 61.13001 specifically addresses the issue of relocation. This statue prevents a residential parent from relocating their residence more than fifty (50) miles unless the parties enter into a written agreement before the move, or a court approves the relocation. (a) No Relocation Without Agreement or Court Order. Back in 2020, and before final judgment order the Defendant Edward Rich moved to Hernando County, Florida and did not notify Plaintiff Dina Rich and/or Pasco court in Florida; defrauded the court and failed to update his home address.
4. During trial proceeding back on September 9th and 10th and continuous on November 17th and 18th, 2020 the Defendant Edward Rich intended to deceit (fraud). He relocated his residence to Hernando County, Florida without any agreement between the parents or court approval. The minor children D▒▒ (15) D▒▒ and K▒▒ (11) Years of age.



-1-

The plaintiff/mother's last in person contact with the children was October 31, 2020. The plaintiff Dina Rich has been denied time-sharing with the children without a court order. At the beginning of the court proceeding the defendant Edward Rich made allegations that affected the mother's ability to continue a healthy relationship with the children. The repeated system abuse by the court and the fathers defiant action affected the minor children self-esteem. The Court was not working in best interest of the children.

5. Partial Stipulation Marital and Property Settlement Agreement was entered on 23rd day of January 2017, by and between the Defendant, EDWARD RICH, of the County of Pasco, State of Florida, and by Plaintiff, DINA RICH, of the County of Pasco, State of Florida. Judge Polk refuses to dismiss the case after the two parties agreed on a settlement outside of court. (Exhibit C)

   January 2017, The Fathers girlfriend Joanna Leiva moves in with the minor children. The parent and his girlfriend failed to notify court in Florida with respect to the unwed parent's minor child(ren) Names: E███ Rich Birth Date 06/19/2018 and S███- Rich Birth date 11/16/2020.

6. Judge Polk allows her personal prejudices to make rulings She abused her authority engaging in Exparte communications counsel for one side in a case, failed to execute judicial duties in a timely fashion; and did not maintain the dignity of the office thereby committing violations of fundamental civil rights. Exhibit "I"

   During the pretrial conference scheduled on January 23, 2020, Judge Polk allowed the mothers attorney to withdraw and resumed her docket when mother was without a counsel. The presiding Family Court Judge acted like a thug making various comments that were considered racist and prejudicial. She took away my civil rights as a mother and handed the children to their abuser. In addition, she does not quit her job after questions about a conflict of interest and personal financial benefit between Mr. Richs home contractor and her family friend relationship. Exhibit "g"''J"

   Judge Polk violated my civil rights, intended to deceive the law, and made obvious threats while plotting secret unrecorded meetings with the opposing counsel. Three innocent children are negatively affected by her rulings and remain entangled in the system for over five years. Furthermore, Judge Polk outside of court duties went to my oldest daughter's school to verbally engage her without parental consent. This is misconduct involving retaliation to legitimize her biased behavior.

   She does not follow the law she ignored the people while engaging in a fraud and unconstitutional behavior. Calculating judge that have power acting, scheming in her ruthless determined scandalous ways to use all this as a currency.

   Judge Polk exhibited a feeling of pleasure knowing that her actions of using three innocent children as pawns and keeping the mother out of the children's lives. She ignored her duty as a mandated reporter.

7. Judge Alicia Polk defiant actions include direct threats to send children to a foster home facility. She signed an order to appoint children's Guardian Ad Litem by name; no court independence; they both formally owned Florida profit corporation registered "Compton and Polk P.A." The purpose for which this corporation is organized is: To provide legal services, the number of shares the corporation is authorized is one hundred. Both are Director/ Officer. Ms. Rae Ann Compton role was the minor children Guardian ad litem, Rae Ann Compton is not registered in Gal program and not qualified guardian. Due to lack of ethic, conflict of interest between a family court judge and the children attorney the GAL was whispering in the judges' ears. The Guardian ineffective assistance, unsatisfactory performance failed to move this case to a positive result. They both failed to report the mutual interest to court that both shared financial interest as business partner owners to a registered company in Florida. Family court judge talking directly to GAL on daily basis on individual cases why this was allowed? No judicial independence whatsoever.
8. The children are in a constant state of fear showing signs of mental and emotional distress caused by Judge Polk's actions. She ruthlessly took away the importance of mother figure in the children lives.
9. Judge Alicia Polk should be relinquished from this case and reassigned to a Chief Judge who would yield to fairness and due process. Instead Judge Polk assigned the case to David Ellis thereby she would still have control and impute of the case. Back in March 2021 I hired a private investigator after he conducts Expanded person search, I discovered David Ellis is not a family court judge, he is an attorney running a firm in Pinellas County in Clear water, title owner ELLIS & JACOBY P.A. *Exhibit "E"*
10. The court overstretched this case including dysfunctional system mocking our court system foundation. Court skipped "due process" that requires both parties to be given the opportunity to be heard, testify and call witnesses on party's behalf. Judge Polk behind the scenes allowed inadmissible evidence in court encouraging deceit from witness tarnished the Justice denied me the "Due process of law" requires that each litigant get a chance to represent their case evidence to the court and argue my case.

    The first day to trial held on September 9th, 2020, David Ellis decided to continue

    hearing and took witness testimony until 7:30 pm. On November 17 th,2020, "Judge" continues hearing after dismissing Pro secretly continue the hearing.

11. Final trial hearings were held on September 9 and 10, 2020, and November 18 and 19, 2020 all appearances were conducted via Zoom. The Court only admitted Petitioner/Fathers testimony and his witnesses, violated my right for due process and continuing the dark patter shifted how to do it tricked me to make it seem like I owed them for their misdeed. Thereafter 40 days after trial and on December 28,2020 court scheduled a hearing without certificate of service to the other side scandalous Judge issued writ for bodily attachment framed me in contempt of court. *Exhibit "F"*

For over 5 years Family Court Judges ticked, deceived, falsified documents and knowingly lies committed lying under oath during performing his/her duties. There was a pattern of Improper activity negatively effect on children's lives and judicial system. Family court

Judge apply laws while showing impropriety in all his/her activities abused their authority; made biased rulings that betrayed United States court system foundation and the oath they swear to uphold. Their prejudice does not respect and comply with law. She/he allowed family, social, political, and other relationship influence judicial conduct and judgement. In addition, the judge testifies voluntarily as a character witness. Polk holds membership in public charter school as PTO member at the Academy at the farm's practices invidiously discriminated basis of race and national origin mothers' children's who otherwise would be admitted to school. Exhibit "L"   Exhibit "M"

Judge Polk and David Ellis were engaged in behavior that is harassing, abusive, prejudiced, and biased. Due to the low standard of conduct court Judge failed to preserve the integrity and independence of the judiciary. All Ruling were based on not differ in their interpretation. Finally, Judges intended to use this case for tactical advantage.

Furthermore, making judicial decisions were not applied consistently with constitutional requirement, statutes. Court Judge had made an untrue statements interpretation of law certify verbally and in writing and tarnished the oath to the judge the legal right that the State must respect my legal rights that are owed to me and my children; Due process balances the power of the law of the land and protects the individual from it. the entire process denies the mother due process.

Judge Polk made legal and factual errors behaved unethically and functioned as a trespasser of the law. Before and after Polk recuses herself, she allowed the admissibility of in-indicted co-conspirator in this case. Judges Knew every trick in the book. Exhibit "N"

After four and a half years to conflict-of-interest judge recuses herself, thereafter, refuses to completely surrender or gives up. She should have relinquished this case by referring it to chief judge and hand over her possession step down completely instead judge kept her control and the dark pattern by "reassign" to David Ellis.

The children are and remain a pawn between their white American Father and Iraqi born mother. They tricked, shifted the attention; twisted facts and adopted this fake persona to make it look like I owe them for their misdeeds.

During trial witness conspiracy testimony character assassination against mother; the judge overlooked unlawful actions include using false identity. The petitioner's mother testifying when she is sitting in the same room with the petitioner when testifying. Technically the Petitioner is sitting potentially coaching his own witness.

Court received only Petitioner's documentary evidence court makes findings of facts and reaches conclusions of law based on one sided testimony. David Ellis signed the final judgment (Exhibit A). Court failed to serve the Respondent final judgement

After Trial and On December 28,2020, the counsel for the Petitioner files motion for contempt with child testimony ("filed on 12/22/2020"). David Ellis retaliated against the Respondent because the mother decided to start a petition (Exhibit B) and file motion of recusal with the appellate court on same day all had plotted and decided to

frame me, A writ of Bodily Attachment order for contempt issued scandalous enough on the same date David Ellis signed ("final judgment").

On December 29th, 2020, The Respondent filed Motion to Recuse with the United States Second District Courts of Appeal- Florida Courts.

Evidence Statement:

Throughout almost 5 years Judge Alicia Polk blatantly threatening to commit violence against Respondent, noting she would place a call to child protective services to place children in foster home. On October 2020 she conducted her threats unlawfully allowing father to keeping kids away from their mother on her time sharing.

Therefore, Pasco County Court retaliated against me for reporting discrimination and deprived me of fundamental civil rights. Judges desperately keep me from talking to avoid getting caught. Trial went horrible and denied testimony.

1. On January 6,2021 judges' conspiracy plans and plotted to shut me up, they engineered arrest under false writ of body attachment noting Respondent, DINA RICH, to be in willful contempt of this Court's Orders of December 17,2020 and December 22,2020, Judges falsified documents and Final Judgment dates so much so scheduled hearing to a motion filed 4 weeks After Last Final Trial hearing. On January 6,2020 unbeknownst to the Respondents that court issued Final Judgement and scheduled hearing for father's Motion for contempt with child testimony while Respondents At oldest child high school, the school resource officer brutally attacked me while uses excessive force called the next door middle school resource officer both were hitting me in front the school front office, kicked me in the back then placed handcuffs on my back, ceased my phone and car and house keys then used it to commit capital felony crime of breaking and entering private property without search warrant.
2. Coconspirator statements introduced at trial by cooperating witnesses using false names or through agent testifying about unrelated issues. No evidence linking any wrongdoing against the children, no abuse, no violence instead the Petitioner have committed domestic violence and consented to it under his criminal attorney advice. Instead of Mother reading victim impact statement, court found me in contempt of court orders that secretly signed, and motions secretly heard.
3. Pasco court judges intend fraud to deceive and cover up unethical behavior committed by government agents. While the mother has repeatedly tried to resolve this matter and children spent 2 years of their lives without their mother. Court helped father alienates kids from their mother torn the family apart. Father for months prior to final trial hearings fled with children without any consequences or admission to wrongdoing.
4. Judge Polk violated the law, and the oath swears upon to withhold.
5. Judge Alicia Polk engineered reassigning this case to David Ellis this biased action allowed the other party demonize mother unfairly, alienating children from a mother figure and later a conceal of corruption.
6. Intimidating mother in more legal process through criminal court.

7. Pasco County State Attorney falsifying key evidence and practicing medicine without a license. Defendant attorney citing competency evaluation after Defendant rejected State Attorney Offers to drop charges if I accept probation deal. The defendant has the constitutional rights to take fences on my constitutional rights. DA officer forcing to take this right away from me. To speak about it is something but to live with it is the worst thing could ever happen. The best interest of the children wrongfully denied

All this unlawful action were with intent to cause pain and suffering because I decided to expose the actions of conspiracy by starting Petition. I even went through explaining what I have done and why I did it. It was very intensive review very deliberate in the process to discuss the issue and the situation also to stop the injustice on both women and children who is wrongfully being separated because of bias court tradition and character references. The corrupt powerful judge should not make rulings.

I decided to exercise my constitutional right of freedom of speech and the use of social media as a means of petitioning this injustice as a strategy to get support. This action enraged the courts. Wesley Chapel High School Resource Officers successfully framed me alleging I resisted arrests and assaulted the officer. On January 6, 2021, the resource Officers brutally attacked me and used excessive force. I was held in custody for 4 days without food or water without being advised of charges and had a language barrier tag placed on my arm when in fact I can speak, write, and understand the English language. I was held for a total of two weeks with visible bruises on my body and when I complained I was denied medical treatment, violating my fundamental civil rights. I was never read my Miranda rights and was detained for nine hours before taken to jail and being processed. Exhibit "H"

I am requesting justice and transformation reform. Why are other races treated differently than white Americans? Pasco County Sheriff's Department violated my civil rights. The Plaintiff/Mother complied with court orders and respected authority. Due to this situation, I am requesting this case be reassigned.

Dina Rich

8339 Alberata Vista Dr.
Tampa, 33647
02/01/2022